Zorik Mooradian, Esq., CSB No. 136636
zorik@mooradianlaw.com
Haik Hacopian, Esq., CSB No. 282361
haik@mooradianlaw.com
MOORADIAN LAW, APC
24007 Ventura Blvd., Suite 210
Calabasas, CA 91302
Telephone: (818) 487-1998
Facsimile: (888) 783-1030
Attorneys for: Plaintiff CAYETANO MORALES CANO

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAYETANO MORALES CANO, individually and on behalf of other persons similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>COORDINATED STAFF, INC., AMR STAFFING, INC., SSI STAFFING, INC., F.C.L. LOGISTICS, LTD., YUSEN LOGISTICS (AMERICAS) INC., an active California Corporation, and DOES 1 through 10,<br>    Defendants. | Case No.: 2:19-cv-09826 CAS (FFMx)<br>CLASS ACTION<br><br>[*Assigned to Hon. Dale S. Fischer*]<br><br>**NOTICE OF SETTLEMENT**<br><br>Action Filed: August 26, 2019<br>Action Removed: November 15, 2019<br>Trial Date: None |

**TO THE HONORABLE COURT:**

Plaintiff and Defendant Yusen Logistics (Americas) Inc. have agreed to settle Plaintiff's individual claims. The Parties are presently finalizing their settlement and anticipate filing of a Joint Stipulation for Dismissal of the Action not later than thirty (30) days.

DATED: May 25, 2021    MOORADIAN LAW, APC

By: _/s/Haik Hacopian_____
    Zorik Mooradian,
    Haik Hacopian,
    Attorneys for Plaintiff, individually and on behalf of other persons similarly situated

NOTICE OF SETTLEMENT