Daniel B. Chammas, Bar No. 204825
dchammas@fordharrison.com
Jennifer S. McGeorge, Bar No. 221679
jmcgeorge@fordharriso.com
FORD & HARRISON, LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 237-2400
Facsimile: (213) 237-2401

Attorneys for Defendant
YUSEN LOGISTICS (AMERICAS) INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CAYETANO MORALES CANO, individually and on behalf of other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COORDINATED STAFF, INC.; AMR STAFFING, INC.; SSI STAFFING, INC.; F.C.L. LOGISTICS, LTD.; YUSEN LOGISTICS (AMERICAS) INC. and DOES 1 thru 10,<br><br>Defendants. | Case No. 2:19-cv-09826 DSF (FFMx)<br><br>CLASS ACTION<br><br>[Assigned to the Hon. Dale S. Fischer, Courtroom 7D]<br><br>**JOINT STIPULATION TO DISMISS ACTION**<br><br>Action Filed:    August 26, 2019<br>Date of Removal: November 15, 2019<br>Trial Date:      March 29, 2022 |

Plaintiff CAYETANO MORALES CANO ("Plaintiff") and Defendant YUSEN LOGISTICS (AMERICAS) INC. ("Defendant" or "Yusen"), (hereinafter collectively referred to as "the Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff originally filed his Complaint for Damages in the Los Angeles County Superior Court, asserting claims under the California Labor Code and California Unfair Competition Law. Plaintiff styled it as a proposed class action complaint, for himself and "on behalf of other persons similarly situated."

1   WHEREAS, Defendant timely removed this case to the US. District Court
2   for the Central District of California on November 15, 2019;

3   WHEREAS, on November 22, 2019, Defendant filed a Motion to Dismiss
4   Plaintiff's Complaint to be heard on December 30, 2019;

5   WHEREAS, the parties met and conferred regarding Defendant's Motion to
6   Dismiss, and filed a Joint Stipulation to Vacate Defendant's Motion to Dismiss and
7   Grant Leave to File a First Amended Complaint on December 6, 2019 ["December
8   6th Stipulation"];

9   WHEREAS, on December 9, 2019, this Court issued its Order approving the
10  Parties' December 6th Stipulation;

11  WHEREAS, Plaintiff filed his First Amended Complaint on January 6, 2020;

12  WHEREAS, Defendant filed its Answer to the First Amended Complaint on
13  January 27, 2020;

14  WHEREAS, Defendants Coordinated Staff, Inc., AMR Staffing, Inc., SSI
15  Staffing Inc., and F.C.L. Logistics, Ltd. have not Answered or otherwise responded
16  to Plaintiff's original or First Amended Complaint;

17  WHEREAS, since then, the Parties have engaged in written and oral
18  discovery;

19  WHEREAS, the Parties have engaged in settlement discussions and reached
20  agreement to resolve this matter without the need for further litigation;

21  WHEREAS, on May 25, 2021, Plaintiff filed a Notice of Settlement (ECF
22  25) on this Court stating therein that Plaintiff and Yusen have agreed to settle
23  Plaintiff's individual claims;

24  WHEREAS, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), an action may be
25  dismissed without leave of court "before the opposing party serves either an answer
26  or a motion for summary judgment";

27  WHEREAS, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), an action may be
28  dismissed without leave of court where the parties who have appeared stipulate to

dismissal;

WHEREAS, Fed. R. Civ. P. 41(a)(1) is limited by Fed. R. Civ. P. 23(e), governing settlement or dismissal of certified class actions. However, because this action has not been certified as a class action, Rule 23(e) review of any settlement or dismissal is inapplicable and unnecessary. (*See* Fed. R. Civ. P. 23(e) adv. comm. Notes, 2003 amdts. at ¶16 ("The new rule requires approval only if the claims, issues, or defenses of a certified class are resolved by a settlement, voluntary dismissal or compromise").

NOW THEREFORE, pursuant to the Parties' Joint Request, the Parties request that this Court enter an order as follows:

(1) Dismissal of Plaintiff's individual claims against Yusen with prejudice;

(2) Dismissal of all class claims against Yusen without prejudice; and

(3) Dismissal of all claims against Defendants Coordinated Staff, Inc., AMR Staffing, Inc., SSI Staffing Inc., and F.C.L. Logistics, Ltd. without prejudice.

IT IS SO STIPULATED.

Date: July 1, 2021             Respectfully submitted,

                               FORD & HARRISON LLP


                               By: */s/Jennifer S. McGeorge*
                                   Daniel B. Chammas
                                   Jennifer S. McGeorge
                                   Attorneys for Defendant
                                   YUSEN LOGISTICS AMERICAS) INC.

Date: July 1, 2021             MOORADIAN LAW, APC


                               By: */s/ Haik Hacopian*
                                   Zorik Mooradian
                                   Haik Hacopian
                                   Attorneys for Plaintiff,
                                   CAYETANO MORALES CANO

**Certification of Compliance with C.D. Cal. L.R. 5-4.3.4(a)(2)**

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2), I have obtained the authorization from each of the above signatories to file the above-referenced document, and that the above signatories concur in and authorize the filing's content. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 1, 2021.

FORD & HARRISON, LLP


By: */s/ Jennifer S. McGeorge*
Daniel B. Chammas
Jennifer S. McGeorge
Attorneys for Defendant,
YUSEN LOGISTICS (AMERICAS) INC.

## PROOF OF SERVICE

I, Alicia M. McMaster, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071. On July 1, 2021, I served a copy of the within document(s):

**JOINT STIPULATION TO DISMISS ACTION**

☒ **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY OVERNIGHT MAIL:** By placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill and causing the envelope to be delivered to a Federal Express agent for delivery.

| | |
|---|---|
| Zorik Mooradian, Esq.<br>Haik Hacopian, Esq.<br>Mooradian Law, APC<br>24007 Ventura Blvd., Suite 210<br>Calabasas, CA 91302 | Attorneys for Plaintiff,<br>Cayetano Morales Cano<br><br>Telephone: (818) 487-1998<br>Facsimile: (888) 783-1030<br>zorik@mooradianlaw.com<br>haik@mooradianlaw.com |

I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on July 1, 2021, at Los Angeles, California.

*Alicia McMaster*
_____
Alicia M. McMaster